UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMERICAN EUROPEAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOSUE IGNACIO FLORES-COVARRUBIAS,<br><br>Defendant. | Case No. 2:20-cv-02302-KJD-EJY<br><br>ORDER |

Plaintiff's Complaint (#1) was filed December 18, 2020. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be made upon a defendant ninety (90) days after the filing of the complaint. The 90-day time period for effecting service of the summons and complaint upon Defendant expired March 18, 2021. However, Plaintiff has not yet filed proof of service, or taken any action of record since the complaint was filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have up to and including April 29, 2021 to file proof of service of the summons and complaint within the allowed time. If Plaintiffs fail to respond or to file proof of service, the Court will dismiss the complaint without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

DATED this 7th day of April 2021.

_____
Kent J. Dawson
United States District Judge