AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN EUROPEAN INSURANCE COMPANY,<br>          Plaintiff,<br>     v.<br>JOSUE IGNACIO FLORES-COVARRUBIAS<br>          Defendant. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:20-CV-02302-KJD-EJY |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Flores-Covarrubais breached the cooperation clause in his policy issued by American European as it relates to The Williams Action; American European is relieved of its obligation to provide Flores-Covarrubais with a defense in The Williams Action; and finally, American European did not breach its duty to defend Flores-Covarrubais in The Williams Action.

| | |
|---|---|
| 4/4/2022<br>Date | DEBRA K. KEMPI<br>Clerk<br><br>/s/ D. Reich-Smith<br>Deputy Clerk |